# Court of Appeals
# of the State of Georgia

ATLANTA,  November 23, 2015

*The Court of Appeals hereby passes the following order:*

## A16A0384.  ROSAMUND P. BRAUNROT v. RONALD G. KOVACS.

Rosamund Braunrot and Ronald Kovacs were divorced in 2014. Subsequently, Braunrot filed a petition against Kovacs, seeking a declaratory judgment concerning the portion of Kovacs's retirement accounts to which she was entitled under the parties' settlement agreement.  The trial court ruled in Kovacs's favor, and Braunrot appealed therefrom.  We, however, lack jurisdiction.

The Georgia Supreme Court has jurisdiction over all divorce and alimony cases, including those cases ancillary to the divorce proceedings.  See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (6); *Morris v. Surges*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008).  As the subject matter of this appeal relates to the equitable division of marital property, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  11/23/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*